IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| NANCY THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. 04-0787-CV-W-DW |
| ) | |
| ST. LUKE'S HOSPITAL ) | |
| OF KANSAS CITY, ) | |
| ) | |
| Defendant. ) | |

ORDER

Pending before the Court is Parties' Stipulation of Dismissal With Prejudice (Doc. 14).

The parties move the court to dismiss this case with prejudice, with each side to bear its own costs, including attorney's fees. Per the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. Fed. R. Civ. P. 41.

IT IS SO ORDERED

                                              /s/ DEAN WHIPPLE
                                                      Dean Whipple
                                                  United States District Judge

DATE: August 24, 2005